Slip Op. 07-101

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| SANGO INTERNATIONAL L.P., | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES, | : | Before: Judith M. Barzilay, Judge |
|  | : | Court No. 05-00145 |
| Defendant, | : | |
| WARD MANUFACTURING, INC., ANVIL INTERNATIONAL, INC., | : | |
| Defendant-Intervenors. | : | |

ORDER

[Case remanded to Commerce for further proceedings.]

Dated: July 2, 2007

*Baker & McKenzie LLP* (*William D. Outman, II*), (*Stuart P. Seidel*), (*Kevin J. Sullivan*) for Plaintiff Sango International, L.P.

*Peter D. Keisler*, Assistant Attorney General; *Jeanne E. Davidson*, Director, (*Patricia M. McCarthy*), Assistant Director; (*Kelly B. Blank*), (*David S. Silverbrand*) Commercial Litigation Branch, Civil Division, United States Department of Justice; *Kemba Eneas*, Office of the Chief Counsel for Import Administration, United States Department of Commerce, of counsel, for Defendant.

*Schagrin Associates* (*Roger B. Schagrin*), (*Brian E. McGill*), (*Michael J. Brown*) for Defendant-Intervenors Ward Manufacturing, Inc., and Anvil International, Inc.

**BARZILAY, JUDGE:** In accordance with the Court of Appeals for the Federal Circuit's opinion in

*Sango International, L.P. v. United States*, No. 2006-1485 (Fed. Cir. May 2, 2007), it is hereby

ORDERED that this case is REMANDED to the Department of Commerce; it is further

**Court. No. 05-00145**                                                                                                                        Page 2

ORDERED that the Department of Commerce consider the factors set forth in 19 C.F.R. § 351.225(k)(2) in its examination of whether Plaintiff's gas meter swivels and nuts fall within the scope of the antidumping order at issue, *Certain Malleable Iron Pipe Fittings from the People's Republic of China*, 68 Fed. Reg. 69,376 (Dep't Commerce Dec. 12, 2003); and it is further

ORDERED that the Department of Commerce shall submit its findings to the court no later than September 28, 2007.

July 2, 2007                                                                                /s/ Judith M. Barzilay

Dated:_____        _____
         New York, NY                                                                              Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____    By: _____
                                        Deputy Clerk